JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMEKA NDIGWE<br><br>        Plaintiff,<br><br>        v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-10, inclusive<br><br>        Defendants. | Case No. CV 15-6758 FMO (ASx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of November, 2015.

/s/<br>Fernando M. Olguin<br>United States District Judge